# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-six.

---

Marckindal Jules,

Petitioner - Appellee,

v.

Philip Rhoney, in his official capacity as Field Office Director in charge of Buffalo Federal Detention Facility, Markwayne Mullin, Secretary of Homeland Security, in his official capacity, Todd Blanche, United States Attorney General, in his official capacity,

Respondents - Appellants.

---

**ORDER**

Docket Nos. 26-1559(L), 26-2391(Con)

Appellants move to consolidate the above-captioned appeals.

IT IS HEREBY ORDERED that the motion is DENIED as unnecessary because the Court has already administratively consolidated the appeals.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

